IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1527-ZLW-MJW

BOUALEM AIT AHMED, A # 74 984 147,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
EDUARDO AGUIRRE, Director, United States Citizenship and Immigration Services;
MARIO ORTIZ, District Director of United States Citizenship and Immigration Services, Denver, Colorado;
UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT;
MICHAEL GARCIA, Assistant Secretary, United States Immigration and Customs Enforcement;
DOUG MAURER, Field Director, United States Immigration and Customs Enforcement, Detention and Removal, Denver, Colorado;
JEFF COPP, Special Agent-in-Charge; United States Immigration and Customs Enforcement, Investigations, Denver, Colorado;
ALBERTO GONZALES, United States Attorney General; and
THE UNITED STATES OF AMERICA,

    Defendant.

_____

ORDER OF ADMINISTRATIVE CLOSURE
_____

The matter before the Court is a Stipulated Motion For Administrative Closure wherein the Court is advised that the matter has been resolved pending Plaintiff's receipt of his visa obtained in the 2003 Visa lottery.  In consideration thereof, it is

ORDERED that the Stipulated Motion For Administrative Closure this case is

Case 1:05-cv-01527-ZLW   Document 5   Filed 10/13/05   USDC Colorado   Page 2 of 2

granted and this case administratively closed on the docket of this court. It is

FURTHER ORDERED that a status report or motion to dismiss shall be filed on or before April 7, 2006. In the event that a status report or motion to dismiss has not been filed by that date, on April 14, 2005, the Complaint and cause of action will be dismissed without prejudice for failure to prosecute. It is

FURTHER ORDERED that the Order To Show Cause entered on September 28, 2005, is discharged.

DATED at Denver, Colorado, this  12  day of October, 2005.

BY THE COURT:

s/ Zita L. Weinshienk

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court