IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-1527-ZLW-MJW

BOUALEM AIT AHMED, A # 74 984 147,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
EDUARDO AGUIRRE, Director, United States Citizenship and Immigration Services;
MARIO ORTIZ, District Director of United States Citizenship and Immigration Services, Denver, Colorado;
UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT;
MICHAEL GARCIA, Assistant Secretary, United States Immigration and Customs Enforcement;
DOUG MAURER, Field Director, United States Immigration and Customs Enforcement, Detention and Removal, Denver, Colorado;
JEFF COPP, Special Agent-in-Charge; United States Immigration and Customs Enforcement, Investigations, Denver, Colorado;
ALBERTO GONZALES, United States Attorney General; and
THE UNITED STATES OF AMERICA,

    Defendant.

_____

ORDER OF DISMISSAL
_____

The matter before the Court is a Stipulated Motion For Dismissal, signed by the attorneys for the parties hereto.  In consideration thereof, it is

ORDERED that the Stipulated Motion For Dismissal is granted.  It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own legal costs.

DATED at Denver, Colorado, this   30   day of November, 2005.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court